# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:09cr97

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JESUS MARTINEZ-CERECERO. ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Continue [Doc. 18].

By separate Order previously entered, the Court has granted the Government's motion and continued the case. This motion is therefore moot.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Continue [Doc. 18] is hereby **DENIED** as moot.

Signed: October 7, 2009

Martin Reidinger
United States District Judge