# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### DOCKET NO.: 3:09-CR-97-MR-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| JESUS MARTINEZ-CERECERO ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte*. The Court previously issued an "Order For Writ Of Habeas Corpus" (Document No. 28) filed December 8, 2009. The Court has since learned that appropriate state process has been issued to accomplish the same relief. In an effort to avoid confusion, the Court will <u>withdraw</u> its previous writ (Document No. 28).

**SO ORDERED.**

Signed: December 14, 2009

David C. Keesler
United States Magistrate Judge